IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GUNN,

    Petitioner,                   No. CIV S-04-1804 MCE KJM P

    vs.

EDWARD ALAMEDA, et al.,

    Respondents.              ORDER

_____/

    Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. He has filed a "motion for judgment" (docket no. 18), asking the court to act on his pending habeas case.

    The case has been submitted; the court anticipates reaching a determination in the near future.

    IT IS HEREBY ORDERED that petitioner's motion for judgment (docket no. 18) is hereby denied.

DATED: March 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2 gunn1804.ord

1